UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURESH ESWARAN,<br><br>             Plaintiff,<br><br>      v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>             Defendants. | Case No. 2:25-cv-1003-TLN-JDP (PS)<br><br>ORDER |

Pursuant to the court's August 11, 2025 order, this case proceeds on the second amended complaint's First Amendment censorship claim against defendant Fredrick Radcliffe. ECF No. 10. Accordingly, it is hereby ORDERED that:

1. Service is appropriate on defendant Fredrick Radcliffe.

2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, one USM-285 forms, a summons form, and an endorsed copy of plaintiff's complaint filed June 5, 2025. ECF No. 7.

4. Within thirty days after this order is served, plaintiff shall supply the U.S. Marshal all information needed by the Marshal to effect service of process. The required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030). The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant, at

1

least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed complaint, with an extra copy for the U.S. Marshal; and

    d. One copy of the instant order.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on a defendant within ninety days of receiving this order the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. Within twenty-one days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which plaintiff submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

7. Within sixty days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants without prepayment of costs.

8. Plaintiff is cautioned that the failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   August 13, 2025                               
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE