UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURESH ESWARAN, | Case No.  2:25-cv-1003-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| FREDRICK RADCLIFFE, | |
| Defendant. | |

On March 23, 2026, defendant filed a motion a motion to compel plaintiff to provide responses to his discovery requests.   To date, plaintiff has not responded to defendant's motion.

Pursuant to Local Rule 230, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c).  To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines.  Failure to comply with the court's deadlines "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  E.D. Cal. L.R. 110.

Accordingly, it is hereby ORDERED that:

1. The April 30, 2026 hearing on the defendant's motion to compel is continued June 11, 2026, at 10:00 a.m.

2. By no later than May 11, 2026, plaintiff shall file an opposition or statement of non-

1

opposition to defendant's motion.

3.  Plaintiff shall show cause by no later than May 11, 2026, why sanctions should not be imposed for failure to timely respond to defendants' motion.

4.  Defendant may file a reply to plaintiff's opposition, if any, on or before May 18, 2026.

5.  Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    April 27, 2026    _____
                            JEREMY D. PETERSON
                            UNITED STATES MAGISTRATE JUDGE

2